UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO,<br><br>   Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>   Defendant. | No. CV 15-4833 FFM<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: May 2, 2017

            /S/FREDERICK F. MUMM
            FREDERICK F. MUMM
           United States Magistrate Judge